## A. J. DAVIS V. THE STATE.

No. 10535.    Delivered April 13, 1927.

**Burglary—Companion Case.**

This case is a companion case with the case of M. M. Barrington v. State, 291 S. W. 557. The records in both cases are exactly the same, and for the reasons set forth in the opinion in the Barrington case, this cause is also affirmed.

Appeal from the District Court of Shackelford County. Tried below before the Hon. W. R. Ely, Judge.

Appeal from a conviction of burglary, penalty four years in the penitentiary.

See Barrington v. State, 291 S. W. 557, for a statement of the case.

*Saunders & Bounds* of Breckenridge, for appellant.

*Sam D. Stinson,* State's Attorney, and *Robert M. Lyles,* Assistant State's Attorney, for the State.

BETHEA, JUDGE.—The appellant was tried and convicted of the offense of burglary, and his punishment assessed at four years in the penitentiary.

This case is a companion one with the case of M. M. Barrington v. State, 291 S. W. 557. The appellant and his co-defendant Barrington were separately indicted, but by agreement were tried jointly. The records in both cases are exactly the same. The questions relied upon for a reversal in the instant case were disposed of adversely to appellant's contention in the opinion in the Barrington case referred to above.

The judgment is affirmed.                    *Affirmed.*

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.